UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL DOMINIC WOODFORD,

Plaintiff,

v.

Case No. 26-cv-13309
HON. MARK A. GOLDSMITH

LACY ERYN RYAN,

Defendant.
_______________________________/

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (Dkt. 6) AND DISMISSING THE CASE**

The matter before the Court is Plaintiff Darryl Dominic Woodford's complaint (Dkt. 1) and application to proceed in forma pauperis (IFP) under 28 U.S.C. § 1915 (Dkt. 6).

Based on the information provided in his application, the Court grants Woodford's application to proceed IFP.

The IFP statute also requires the Court to screen and dismiss complaints that are frivolous or malicious or fail to state a claim upon which relief may be granted. See 28 U.S.C. § 1915A(b); see also Grinter v. Knight, 532 F.3d 567, 572 (6th Cir. 2008).

Woodford's complaint states that the basis for this Court's jurisdiction is federal question jurisdiction and he brings four counts against Defendant Lacy Eryn Ryan. Compl. at PageID.3–4. These counts include: (i) "intentional/negligent infliction of emotion distress" in violation of 18 U.S.C. § 924(e)(2)(b); (ii) "misdemeanor crime of domestic violence" in violation of 18 U.S.C. § 921(a)(33)(A), and (iii) two violations of Michigan law. Id. at PageID.4.

Woodford, a private citizen, cannot bring criminal charges against another private citizen in a civil lawsuit. See 28 U.S.C. § 547; West v. Landau, No. 25-10420, 2025 WL 1108259 at *4 (E.D. Mich. Apr. 14, 2025). Therefore, he fails to state a federal claim for relief.

With no federal claim for relief, the Court declines to exercise supplemental jurisdiction over the state-law claims and dismisses them without prejudice. 28 U.S.C. § 1367(c)(2); Brooks v. Rothe, 577 F.3d 701, 709 (6th Cir. 2009) ("If the federal claims are dismissed before trial, the state claims generally should be dismissed as well.").

**SO ORDERED.**

Dated: October 9, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 9, 2026.

s/Joesph Heacox
JOSEPH HEACOX
Case Manager